IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RONALD G. BECKER, | § | |
| | § | |
| VS. | § | ACTION NO. 4:13-CV-520-BJ |
| | § | |
| CONTINENTAL MOTORS, INC. | § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day, and Federal Rule of Civil Procedure 58,

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff Ronald G. Becker shall recover from Defendant Continental Motors, Inc. as follows:

1. Economic damages in the amount of $59,906.00; and

2. Reasonable and necessary attorney's fees, costs, and expenses in the amount of $195,468.71; reasonable appellate attorneys' fees in the event of an appeal to the United States Fifth Circuit Court of Appeals in the amount of $40,000; an additional $20,000 in the event a Petition for Writ of Certiorari is filed with the United States Supreme Court; and an additional $40,000 in the event such Petition is granted.

It is further **ORDERED** that Becker is entitled to prejudgment interest at a rate of 5% per year from May 30, 2013, the date the suit was filed, to the day preceding the date judgment is rendered.

It is further **ORDERED** that post-judgment interest shall accrue on the entire amount at a rate of .31% from the date this judgment is entered on the docket until paid.

All costs under 28 U.S.C. § 1920 shall be taxed against Defendant.

SIGNED November 2, 2015.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE