# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **RONALD G. BECKER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-520-BJ |
| | § | |
| **CONTINENTAL MOTORS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT CONTINENTAL MOTORS, INC.'S NOTICE OF APPEAL

Defendant Continental Motors, Inc. hereby gives notice of its intent to appeal from the Final Judgment entered on November 2, 2015 (Dkt. 104), and all other orders entered in this case, including, but not limited to the Memorandum Opinion With Findings of Fact and Conclusions of Law (Dkt. 103), the Order Denying Defendant's Motion to Amend Findings of Fact and Conclusions of Law Pursuant to Federal Rule of Civil Procedure 52(b) (Dkt. 117), and the Order Partially Granting Defendant's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (Dkt. 118). Appeal is to the United States Court of Appeals for the Fifth Circuit.

Dated: February 8, 2016.

Respectfully submitted,

*/s/ Ross Cunningham*
ROSS CUNNINGHAM
State Bar No. 24007062
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 440
Dallas, Texas 75231
Phone:  214-646-1495
Facsimile: 214-613-1163
rcunningham@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANT**
**CONTINENTAL MOTORS, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 8th day of February, 2016, all counsel of record are being served with a copy of this document through the Courts CM/ECF system.

                        */s/ Ross Cunningham*
                        Ross Cunningham